UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAMARIO SAQUAN SKINNER,<br><br>    Defendant. | Case No. 18-cr-20433<br>Honorable Laurie J. Michelson |

## ORDER ON DEFENDANT'S REQUEST FOR NEW COUNSEL

Damario Saquan Skinner has been indicted on one count of felon in possession of a firearm. (ECF No. 1.)

On January 10, 2019, the Court received a letter from Skinner requesting new counsel. Skinner advised that he did "not feel as if [counsel] was defending [Skinner] to the best of his ability." (*Id.*) The Court has construed Skinner's letter as a motion for new counsel.

On April 24, 2019, the Court held a hearing on Skinner's request. *See United States v. Iles*, 906 F.2d 1122, 1131 (6th Cir. 1990). Both Skinner and his counsel expressed that since the time the letter was written, they have had an opportunity to work together and resolve Skinner's issues. Skinner further indicated that, going forward in this case, he and his attorney would be able to work together.

Accordingly, and for the reasons stated on the record, the Court DENIES Skinner's request for new counsel.

IT IS SO ORDERED.

                                                      s/Laurie J. Michelson
                                                    LAURIE J. MICHELSON
                                                    UNITED STATES DISTRICT JUDGE

Date: April 25, 2019

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 25, 2019.

                                 s/William Barkholz
                                 Case Manager to
                                 Honorable Laurie J. Michelson